**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No.  1:18MJ36 |
| | ) | Hon. John F. Anderson |
| LAQUETTE DUNN, | ) | Hearing Date: November 13, 2018 |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S NON-CONFIDENTIAL MEMORANDUM
IN SUPPORT OF MOTION TO SEAL**

The defendant, Laquette Dunn, by counsel and pursuant to Local Criminal Rule 49(E), asks for an Order sealing the document attached to her Motion to Seal.

I.      Items to be Sealed and Necessity for Sealing

      A.      The defendant asks the Court to seal the document entitled "Defendant's Position on Sentencing Factors" filed with the Court November 9, 2018.

      B.      Sealing is necessary in order to safeguard the safety and privacy of the defendant. Counsel for the defendant has considered procedures other than sealing and none will suffice to protect this information from disclosure and to prevent public dissemination of this information.

II.     Previous Court Decisions Which Concern Sealing Documents

The Court has the inherent power to seal materials submitted to it.  *See United States v. Wuagneux*, 683 F.2d 1343, 1351 (11th Cir. 1982); *State of Arizona v. Maypenny*, 672 F.2d 761, 765 (9th Cir. 1982); *Times Mirror Company v. United States*, 873 F.2d 1210 (9th Cir. 1989); *see also Shea v. Gabriel*, 520 F.2d 879 (1st Cir. 1975); *United States v. Hubbard*, 650 F.2d 293 (D.C. Cir. 1980); *In re Braughton*, 520 F.2d 765, 766 (9th Cir. 1975).  "The trial court has supervisory power over its own records and may, in its discretion, seal documents if the public's

right of access is outweighed by competing interests." *In re Knight Pub. Co.*, 743 F.2d 231, 235 (4th Cir. 1984).

III.     Period of Time to Have the Document Under Seal

    A.     The materials to be filed under seal would need to remain sealed permanently or until unsealed by the Court.

Accordingly, the defendant respectfully requests that an Order be entered allowing "Defendant's Position on Sentencing Factors" to be placed Under Seal.

>Respectfully submitted,
>Laquette Dunn
>By Counsel,
>Geremy C. Kamens,
>Federal Public Defender
>
>By: _____/s/_____
>Whitney E.C. Minter
>Va. Bar # 47193
>Assistant Federal Public Defender
>Attorney for Ms. Dunn
>1650 King Street, Suite 500
>Alexandria, Virginia   22314
>(703) 600-0855 (telephone)
>(703) 600-0880 (facsimile)
>Whitney_Minter@fd.org (email)

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2018, I will electronically file the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Paul Embroski, Esq.
Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3700
paul.a.embroski.civ@mail.mil

Pursuant to the Electronic Case Filing Policies and Procedures, a courtesy copy of the foregoing pleading will be delivered to Chambers within one business day of the electronic filing.

By: _____/s/_____
Whitney E.C. Minter
Va. Bar # 47193
Assistant Federal Public Defender
Attorney for Ms. Dunn
1650 King Street, Suite 500
Alexandria, Virginia   22314
(703) 600-0855 (telephone)
(703) 600-0880 (facsimile)
Whitney_Minter@fd.org (email)